■ In the Matter of DANIEL ZINICOLA, Appellant, v NASSAU COUNTY MEDICAL CENTER, Respondent.—In a proceeding pursuant to CPLR article 78 to review a determination of the respondent Nassau County Medical Center, dated June 1, 1987, which declined to issue to the petitioner a diploma, the petitioner appeals from a judgment of the Supreme Court, Nassau County (Lockman, J.), entered December 8, 1987, which dismissed the proceeding.

Ordered that the judgment is affirmed, with costs, for reasons stated by Justice Lockman. Thompson, J. P., Lawrence, Balletta and Rosenblatt, JJ., concur.